IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:19-CR-20 |
| v. | Criminal No.           Erie |
| ANDREW GABLER<br>CHAD BEDNARSKI | |

## ARRAIGNMENT PLEA

Defendant Andrew Gabler being arraigned, pleads _____ in open Court this _____ day of _____, 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

## ARRAIGNMENT PLEA

Defendant Chad Bednarski being arraigned, pleads _____ in open Court this _____ day of _____, 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)