1:19-CR-20

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____    Erie __X__    Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Andrew Gabler

Is Indictment waived: ____ Yes  _X_ No

Pretrial Diversion: ____ Yes  _X_ No

Juvenile proceeding: ____ Yes  _X_ No

Defendant is: _X_ Male  ____ Female

Superseding Indictment or Information  ____ Yes  _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Erie

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant:                ____ is in custody        _X_ is not in custody

Name of Institution:            _____

Custody is on:            ____ this charge        ____ another charge

                                    ____ another conviction

                        ____ State            ____ Federal

Detainer filed:            ____ yes            ____ no

Date detainer filed:        _____

Total defendants:        2

Total counts:            17

Data below applies to defendant No.:    1

Defendant's name:        Andrew Gabler

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Fraud conspiracy | XX | |
| 2 - 13 | 18 U.S.C. §§ 1344(1) and (2) | Bank fraud | XX | |
| 14 – 17 | 18 U.S.C. § 1343 | Wire fraud | XX | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

*/s/ Christian A. Trabold*
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013